# EXHIBIT A



Case 1:17-cv-00983-NGG-RML    Document 1-1    Filed 02/21/17    Page 2 of 2 PageID #: 6