# EXHIBIT B

Case 1:17-cv-00983-NGG-RML   Document 1-2   Filed 02/21/17   Page 1 of 4 PageID #: 7

# No Fun
## The Stooges

Produced By John Cale
Album The Stooges

### NO FUN LYRICS

[Chorus]
No fun my babe
No fun
No fun my babe
No fun
No fun to hang around

[Verse 1]
Feelin' that same old way
No fun to hang around
Freaked out for another day

[Chorus]

[Verse 2]
Walking by myself
No fun to be alone
In love with somebody else



RELATED GENIUS VIDEO
The Evolution of Amy Winehouse

About "No Fun" 1 contributor

This song is an anthem for boredom. The chord progression is repetitive as are the lyrics. However, boredom often berths rage. At the very least it craves something...*anything*, to alleviate the state of boredom. This urgency can be heard at the end of the song as the singer is practically begging the guitarist to play something that will evoke some type of emotion and express some sort of feeling.

In love with somebody else
Well maybe go out, maybe stay home
Maybe call Mom on the telephone

[Outro]
Well c'mon, well c'mon
C'mon c'mon
Now Ron, I Say Ron
C'mon and lemme hear you tell em
Lemme hear you tell em
Now I feel
I say lemme hear you
Tell em how I feel, yeah, my man
No fun to be alone
It's no fun to be alone
Hang on
Don't you lemme go
It's no fun to alone
To be alone

[Guitar solo]

Embed

MORE ON GENIUS

Dev Hynes & Starchild Debut VeilHymn Project With New Track "Hymn"

You May Like



Sponsored Links by Taboola

sort of feeling.



Ask us a question about this song

Ask a question

Upvote +2

1 VIEWING

6 CONTRIBUTORS
Rock

Share

"NO FUN" TRACK INFO

Written By
Iggy Pop, Dave Alexander, Ron Asheton & Scott Asheton

Recorded At
The Hit Factory, New York City

## "NO FUN" TRACK INFO

| | |
|---|---|
| Written By | Iggy Pop, Dave Alexander, Ron Asheton & Scott Asheton |
| Recorded At | The Hit Factory, New York City |
| Release Date | August 5, 1969 |
| Samples | No Fun by Sex Pistols |

**The Stooges (1969)**
The Stooges

1. 1969
2. I Wanna Be Your Dog
3. We Will Fall
4. No Fun
5. Real Cool Time
6. Ann
7. Not Right
8. Little Doll
10. No Fun - Full Version
16. Little Doll (Original John Cale Mix)

1 VIEWING
0 CONTRIBUTORS
Rock

Ask a question

### MORE ON GENIUS

Dev Hynes & Starchild Debut Veil|Hymn Project With New Track "Hymn"

### You May Like

The Story Behind Your Last Name Will Surprise You
*Ancestry*

Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable
*Vogue | Everlane*

This game kills boredom once and for all!
*Vikings: Free Online Game*

Sponsored Links by Taboola

Add a comment

Thurgood3rd 0
a year ago
good

Home › S › The Stooges › No Fun

---

VERIFIED ARTISTS
ALL ARTISTS: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

About Genius | Contributor Guidelines | Press | News Genius | Annotate the Web | Shop | Advertise | Event Space | Privacy Policy | Licensing | Jobs | Developers | Terms of Use | Contact us | Sign in

© 2017 Genius Media Group Inc.