AO 121 (6/90)

TO:

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION |
|---|---|---|
| ☑ ACTION   ☐ APPEAL | | Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201 |
| DOCKET NO.
17-cv-983 | DATE FILED
2/21/2017 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Glen Craig | Genius Media Group, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  Vau 001-205-736 | | Glen Craig |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY
☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED
☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED
☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon ter... mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print   Save As...   Reset