UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLEN CRAIG<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENIUS MEDIA GROUP, INC.<br><br>　　　　　　　　　　Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:17-cv-0983-NGG-RML |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Glen Craig hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: ___3/16/ 2017___

*Attorneys for Plaintiff Glen Craig*

SO ORDERED:

_____
Hon. Nicholas G. Garufis